**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Frank JONES, Defendant–Appellant.**

**No. 01–6851.**

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 13, 2001.

Frank Jones, pro se. William Earl Day, II, Assistant United States Attorney, Florence, SC, for appellee.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Frank Jones seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Jones,* Nos. CR–98–885;

CA–00–2883–4–22 (D.S.C. May 2, 2001). We deny Jones' motions for production of documents, to dismiss the district court's criminal case and for immediate release. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*